## ORDER

PER CURIAM:

Justin M. Bell appeals the trial court's Order and Judgment authorizing the Personal Representative in the Estate of Florence Bell to settle all claims on the terms proposed and the court's denial of various motions filed by Justin Bell. The judgment is affirmed. Rule 84.16(b).

sistance of counsel because: (1) trial counsel failed to argue to the trial court that a proposed jury instruction modification was mandated by the Missouri Approved Criminal Instructions; and (2) appellate counsel failed to raise this issue in Mr. McCann's appeal.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).

■

**Steven Robert McCANN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 74054.**

Missouri Court of Appeals, Western District.

Aug. 14, 2012.

Susan Summers, Kansas City, MO, for Appellant.

Dora Fichter, Jefferson City, MO, for Respondent.

Before: JAMES EDWARD WELSH, C.J., THOMAS H. NEWTON, and CYNTHIA L. MARTIN, JJ.

## ORDER

PER CURIAM:

Mr. Steven Robert McCann appeals from the motion court's judgment denying a Rule 29.15 motion for post-conviction relief after an evidentiary hearing. Mr. McCann argues he received ineffective as-

■

**Mary Jo RHODENBAUGH, Betty Pritchett, and Desiree Ortiz, individually and on behalf of a class of all others similarly situated as defined herein, Respondents,**

**Christopher Batman and David M. Landay, Appellants,**

v.

**CVS PHARMACY, INC., and CVS Caremark Corporation, Respondents.**

**Nos. WD 74397, WD 74419.**

Missouri Court of Appeals, Western District.

Aug. 14, 2012.

John F. Edgar and Anthony E. LaCroix, Kansas City, MO, for Respondents, Rhodenbaugh, Pritchett, and Ortiz, individually and on behalf of a class of all others similarly situated as defined herein.

Christopher Batman, Corpus Christi, TX, Appellant, pro se.